Dismissed and Memorandum Opinion filed March 17, 2005









Dismissed and Memorandum Opinion filed March 17, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00051-CV

____________

 

TEXAS INFINITY
BROADCASTING, L.P, Appellant

 

V.

 

C. PALLILO, Appellee

 



 

On Appeal from the
157th District Court

 Harris County, Texas

Trial Court Cause No.  04‑67082

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 23, 2004.

On February 18, 2005, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.
 The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 17, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.